

**NUMBER 13-13-00501-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN THE INTEREST OF E. R. AND L. R., CHILDREN**

**On appeal from the 148th District Court
of Nueces County, Texas.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Daniel F. Rhamy, filed an appeal from a judgment rendered in a suit affecting the parent-child relationship. On October 11, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on September 30, 2013, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was

advised that, unless arrangements to pay for the clerk's record and proof of payment was provided to this Court within ten days from the date of receipt of the notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the 7th
day of November, 2013.